Before PRETTYMAN, PROCTOR and BAZELON, Circuit Judges.

PER CURIAM.

This appeal was allowed to review the application by the Municipal Court of Appeals of our decisions in Rosenberg v. Murray,[1] and Hiscox v. Jackson[2] in determining the limited circumstances under which the presumption of consent under the District of Columbia Owners' Financial Responsibility Act, D.C.Code § 40–403 (1940), may be overcome as a matter of law. Upon our review of this case, we conclude that the Municipal Court of Appeals correctly stated and applied the governing principles laid down by this court.

We therefore adopt the opinion of the Municipal Court of Appeals, reported in 1951, 79 A.2d 777, in affirming its judgment herein.

Affirmed.

Before PRETTYMAN, FAHY and WASHINGTON, Circuit Judges.

PER CURIAM.

This is a case in which the District Court, in a suit under R.S. 4915, 35 U.S. C.A. § 63, granted registration of a trademark to plaintiff-appellee, after denial by the Patent Office. We find no reversible error.

Affirmed.

FAHY, Circuit Judge, dissenting, thinks the registration was properly denied by the Patent Office. His view is that while the marks in general appearance are dissimilar, the use by the plaintiff below of "JOCO'S" as a part of its mark brings it so similar in sound to "JACCO", part of a mark in prior use, as to be likely to cause confusion or mistake among purchasers within the meaning of 60 Stat. 428 (1946), 15 U.S.C.A. § 1052(d).

---

John A. MARZALL, Commissioner of Patents, Appellant, v. Margaret J. COOK, Appellee.

No. 11001.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 27, 1951.

Decided April 24, 1952.

H. S. Miller, United States Patent Office, Washington, D. C., with whom E. L. Reynolds, Solicitor, United States Patent Office, Washington, D. C., was on the brief, for appellant.

A. Yates Dowell, Washington, D. C., for appellee. Vincent M. Creedon, Washington, D. C., also entered an appearance for appellee.

1. 1940, 73 App.D.C. 67, 116 F.2d 552.

BRIGGS AND CO. v. DISTRICT OF COLUMBIA.

No. 10988.

United States Court of Appeals District of Columbia Circuit.

Argued Dec. 20, 1951.

Decided May 1, 1952.

2. 1942, 75 U.S.App.D.C. 293, 127 F.2d 160.